IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-635 |
| | : | |
| JAMAR HUNTER | : | |

**ORDER**

AND NOW, this 12th day of August, 2021, upon consideration of Defendant Jamar Hunter's Amended Motion to Suppress Evidence, the Government's response in opposition, and the evidence presented at the June 2, 2021, suppression hearing on the Motion, and for the reasons stated in the accompanying Memorandum, is ORDERED the Motion (Document 19) is GRANTED.

It is further ORDERED the parties' Joint Motion to Admit Exhibits and to Proceed on Agreed Record for Purposes of Defendant's Motion to Suppress (Document 28) is DISMISSED as moot.

BY THE COURT:


 /s/  Juan R. Sánchez
Juan R. Sánchez, C.J.